IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SANTIAGO W. LOPEZ,

       Petitioner,

   v.

JEAN HILL,

       Respondent.

Civil No. 05-1332-AS

ORDER

ASHMANSKAS, Magistrate Judge.

    IT IS ORDERED that Petitioner's Motion for Voluntary Dismissal of Habeas Corpus Petition (#14) is GRANTED.

    IT IS SO ORDERED.

    DATED this ___13___ day of January, 2006.


          ___/s/Donald C. Ashmanskas___
            Donald C. Ashmanskas
            United States Magistrate Judge

1 - ORDER -

2 - ORDER -